# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–4 | User: ao1492bnc | Date Created: 6/29/2023 |
| Case: 23–40234–lkg | Form ID: 222 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPRegion10.es.ecf@usdoj.gov
tr         Dana S Frazier        frazierlaw@frontier.com
aty        Rabin Pournazarian        rabin@pricelawgroup.com

                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Levi Dallas Boaz        41 Bowed Tree        Stonefort, IL 62987
jtdb       Ashley Leann Boaz        41 Bowed Tree        Stonefort, IL 62987

                                                                                TOTAL: 2